ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Aug 19, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-0197 CSK |
| Plaintiff, | 18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States |
| v. | |
| JOSE MANUEL CASTILLO, JR., | |
| Defendant. | |

I N F O R M A T I O N

The United States Attorney charges: T H A T

JOSE MANUEL CASTILLO, JR.,

defendant herein, on or about July 17, 2025, in Sacramento County, State and Eastern District of California, did willfully injure and commit a depredation against any property of the United States, and of any department and agency thereof, to wit: damage to the tire of a government-owned vehicle, and the resulting damage to such property did not exceed the sum of $1,000, in violation of Title 18, United States Code, Section 1361, a Class A misdemeanor.

//

//

//

//

INFORMATION

1

Dated:  8/19/2025

ERIC GRANT
United States Attorney

By: _____
HEIKO P. COPPOLA
Assistant United States Attorney

**United States v. Jose Manuel Castillo**
**Penalties for Information**

**COUNT 1:**

VIOLATION:      18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States

PENALTIES:      Imprisonment of not more than one year, a fine of not more than $100,000, or <u>both and up to one year of supervised released</u>.

SPECIAL ASSESSMENT: $125 (mandatory on each count)