1
2
3
4
5
6

**REICHELLAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOSE MANUEL CASTILLO

7

## IN THE UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10
11
12
13
14
15
16
17

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-00197-WBS-1 |
| Plaintiff, | ) STIPULATION REGARDING |
| vs. | ) EXCLUDABLE TIME PERIODS UNDER ) SPEEDY TRIAL ACT; FINDINGS AND ) ORDER |
| JOSE MANUEL CASTILLO, | ) Date: FEBRUARY 17, 2026 ) Time: 10:00 AM ) Court: Hon. WILLIAM B. SHUBB |
| Defendant | ) |

18
19
20
21
22
23
24
25
26
27
28

### STIPULATION

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, and Mark Reichel, attorney for defendant JOSE MANUEL CASTILLO, that the status hearing set for December 8, 2025, at 10:00 a.m., should be continued to February 17, 2026, at 10:00 a.m.  By previous order, this matter was set for status on December 8, 2025.  By this stipulation, defendant now moves to continue the status conference until February 17, 2026, and to exclude time between December 8, 2025 and February 17, 2026 under Local Code T-4.

The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes law enforcement reports and video and photographic evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery produced, consult with his client about the discovery that has been produced, conduct legal research and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweighs the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) Additionally, both undersigned counsel are unavailable on December 8, 2025. The assigned government attorney will be in jury trial in *United States v. Shana Gaviola*, et.al., EDCA Case #1:22-CR-00233 JCC. Counsel for the defendant is scheduled to appear for a preliminary hearing in South Lake Tahoe for a serious felony matter.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from December 8, 2025 to February 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 2, 2025                    Respectfully submitted,

                                           /s/ Mark J. Reichel
                                           MARK J. REICHEL
                                           Attorney for Jose Manuel Castillo


                                           ERIC GRANT
                                           United States Attorney


Dated: December 2, 2025                    /s/ Heiko Coppola
                                           HEIKO COPPOLA
                                           Assistant U.S. Attorney




**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 3, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE