**REICHELLAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOSE MANUEL CASTILLO

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-00197-WBS-1 |
| | ) |
| Plaintiff, | ) STIPULATION TO REMAND CASE TO |
| | ) MAGISTRATE JUDGE FOR FURTHER |
| vs. | ) PROCEEEDINGS. |
| | ) |
| | )  FINDINGS AND ORDER |
| | ) |
| JOSE MANUEL CASTILLO, | ) Date: N/A |
| | ) Time: |
| Defendant | ) Court: Hon. WILLIAM B. SHUBB |
| | ) |
| | ) |
| | ) |

**STIPULATION FOR REMAND TO MAGISTRATE JUDGE**

The undersigned parties stipulate that the status conference presently set for 4-13-2026, before Judge Shubb, be vacated.

The defendant wishes to consent to magistrate jurisdiction in this matter.  The United States does not oppose this request.  This matter is expected to be resolved by a guilty plea next week before the magistrate judge.  If it does not, the parties will file a stipulation excluding time under the Speedy Trial Act.

Dated: April 8, 2026                           Respectfully submitted,

                                               */s/ Mark J. Reichel*
                                               MARK J. REICHEL
                                               Attorney for Jose Manuel Castillo

                                               ERIC GRANT
                                               United States Attorney

Dated: April 8, 2026                           */s/ Heiko Coppola*
                                               HEIKO COPPOLA
                                               Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**

The date for the status hearing in this matter is **vacated**, and the matter is referred to the Magistrate Judge for the remainder of the proceedings of the case.

Dated:  April 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE